```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                   MIDDLE DISTRICT OF PENNSYLVANIA
```

HOWARD D. LARKIN,                :
                                 :
      Petitioner               :       No. 1:15-CV-01948
                                 :
  vs.                            :       (Judge Kane)
                                 :
TERRY BROWNING, Warden,          :
et al.,                          :
                                 :
                                 :
      Respondents              :

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus is dismissed without prejudice.

2. A certificate of appealability is denied. 28 U.S.C. § 2253c.

3. The Clerk of Court is directed to close this case.


                                              S/ Yvette Kane
                                              Yvette Kane
                                              United States District Judge


Date: December 11, 2015